IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNEH NIRANJAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.; RECONTRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2004-11, ASSETBACKED PASS-THROUGH CERTIFICATES, SERIES 2004-11 INDIVIDUALLY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 100 inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-05706 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS** |

On January 24, 2013, defendants filed a motion to dismiss. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by February 7. None was received. The action was reassigned to the undersigned judge on February 22. Defendants have renoticed the motion for April 4. Accordingly, the following briefing schedule is hereby set: plaintiff's response to the motion to dismiss is due by **MARCH 13.** The reply is due **MARCH 20.**

**IT IS SO ORDERED.**

Dated: February 27, 2013.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE