IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNEH NIRANJAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.;<br>RECONTRUST COMPANY; DEUTSCHE<br>BANK NATIONAL TRUST COMPANY,<br>AS TRUSTEE FOR THE CERTIFICATE<br>HOLDERS OF HARBORVIEW<br>MORTGAGE LOAN TRUST 2004-11,<br>ASSETBACKED PASS-THROUGH<br>CERTIFICATES, SERIES 2004-11<br>INDIVIDUALLY; MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; and DOES 1<br>through 100 inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-05706 WHA<br><br><br><br>**ORDER TO SHOW CAUSE** |

On January 24, 2013, defendants filed a motion to dismiss. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by February 7. None was received. After the action was reassigned to the undersigned judge on February 22, defendants renoticed their motion for hearing on April 4. As no response from plaintiff had yet been filed, an order issued setting a briefing schedule and requiring plaintiff's opposition or statement of non-opposition to be filed by March 13. None was received.

Plaintiff, who is represented by counsel, has twice failed to respond to defendants' motion to dismiss. Because plaintiff has failed to respond to court deadlines governing this case,

plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). If plaintiff fails to file a written response to this order by **NOON ON THURSDAY, MARCH 21, 2013**, defendants' motion to dismiss may be granted or the action may be dismissed for failure to prosecute. The hearing scheduled for April 4 shall remain on calendar.

**IT IS SO ORDERED.**

Dated: March 19, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2